IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>  v.<br><br>TONNAIRE MCNAIR-MATTHEWS,<br>DAVID HINSON, JR.,<br>MICHAEL CALDWELL,<br>MAHKIYA POWELL,<br><br>  Defendants. | SEALED ~~ unsealed 7/24/23<br><br>Criminal Action No. 23-68-UNA<br><br>REDACTED<br><br>FILED<br>JUL 13 2023<br>U.S. DISTRICT COURT DISTRICT OF DE |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE
(Conspiracy to Commit Hobbs Act Robbery)

1. On or about April 14, 2023, in the District of Delaware, and elsewhere, defendants, **TONNAIRE MCNAIR-MATTHEWS**, **DAVID HINSON, JR.**, **MICHAEL CALDWELL**, and **MAHKIYA POWELL**, (collectively, "the **DEFENDANTS**") did knowingly and intentionally conspire and agree with each other to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the **DEFENDANTS** did attempt to take property from individuals identified herein as Person-1, Person-2, Person-3, and did unlawfully take and obtain personal property consisting of bank cards, a purse, and a Toyota Prius from a person referred to herein as Victim-1.

FILED
JUL 13 2023

All in violation of Title 18, United States Code, Section 1951(a).

## *Manner and Means*

It was part of the conspiracy that:

2. The **DEFENDANTS** utilized stolen vehicles to travel in interstate commerce and across state lines to rob unsuspecting victims, including Victim-1.

3. The **DEFENDANTS** crashed or attempted to crash into vehicles to make unsuspecting occupants stop the vehicle, so the **DEFENDANTS** could rob the occupants of property.

4. The **DEFENDANTS** brandished, pointed, and utilized a privately-made firearm, commonly known as a ghost gun, to rob the occupants of property, reap the proceeds, and effect their escape.

5. The **DEFENDANTS** took property from Victim-1, to include cards from federally-insured financial institutions operating in interstate commerce, and did access bank accounts of Victim-1 via Automatic Teller Machine ("ATM") transactions in interstate commerce.

6. The **DEFENDANTS** communicated with each other in and affecting interstate commerce using cellular telephones.

7. The **DEFENDANTS** took concerted action to disguise themselves and escape arrest by wearing masks and hooded sweatshirts, changing vehicles and clothes, destroying evidence, and fleeing in stolen vehicles at high rates of speed.

## *Acts in Furtherance of the Conspiracy*

In furtherance of the conspiracy, the **DEFENDANTS** committed the following overt acts, among others, in the District of Delaware and elsewhere on or about April 14, 2023:

8. Between approximately 6:30 a.m. and 7:10 a.m., Defendants **TONNAIRE MCNAIR-MATTHEWS, DAVID HINSON, JR.,** and **MAHKIYA POWELL,** operated a stolen, black Jeep Grand Cherokee ("the Jeep") and tailgated, crashed, or attempted to crash into vehicles operated by unsuspecting drivers, such individuals referred to herein as Person-1, Person-2, and Person-3 in the District of Delaware.

9. While operating the Jeep, **MCNAIR-MATTHEWS, HINSON, JR.,** and **POWELL,** traveled into the Eastern District of Pennsylvania, where they crashed the Jeep into a Toyota Prius ("the Prius") driven by Victim-1 for the purpose of robbing Victim-1. That morning, Victim-1, a resident of the Eastern District of Pennsylvania, was travelling to her place of employment in the District of Delaware. After the collision, Victim-1 stopped the Prius in the District of Delaware.

10. At approximately 7:10 a.m., **MCNAIR-MATTHEWS** exited the Jeep and approached the Prius. On approach, **MCNAIR-MATTHEWS**, wearing all black clothing, a black mask, and Adidas Yeezy 450 sneakers, smacked the phone from Victim-1's hand while Victim-1 spoke with a 9-1-1 operator, brandished a firearm – namely, a black nine-millimeter privately-made firearm with no serial number, a polymer 80 lower receiver, and a Glock style slide (sometimes referred to hereinafter

3

as "the Firearm") – and then pointed the Firearm at Victim-1's chest.

11. While HINSON, JR., and POWELL remained on scene, MCNAIR-MATTHEWS entered the Prius, forced Victim-1 into the passenger seat of the Prius, and against her will, forced Victim-1 disrobe at gunpoint.

12. Thereafter, MCNAIR-MATTHEWS, with Victim-1 in the passenger seat, drove the Prius from the District of Delaware into the Eastern District of Pennsylvania. While driving, MCNAIR-MATTHEWS digitally penetrated Victim-1 against her will.

13. After MCNAIR-MATTHEWS kidnapped Victim-1, HINSON, JR. and POWELL drove the Jeep and attempted to locate MCNAIR-MATTHEWS and the Prius.

14. After arriving in the Eastern District of Pennsylvania, MCNAIR-MATTHEWS forcibly raped Victim-1 at gunpoint inside the Prius.

15. After forcibly raping Victim-1, MCNAIR-MATTHEWS abandoned Victim-1 in Pennsylvania and fled the area in the Prius with Victim-1's property, including her purse and bank cards.

16. At approximately 7:41 a.m., MCNAIR-MATTHEWS travelled in Victim-1's Prius from Pennsylvania to Delaware. Once there, MCNAIR-MATTHEWS used Victim-1's bank cards to access and attempt to access Victim-1's bank accounts via ATM transactions. The accounts were operated by banks referred to herein as Institution-1 and Institution-2, both of which are federally insured financial institutions and conduct business in interstate commerce.

17. At approximately 7:44 a.m., HINSON, JR., MICHAEL CALDWELL, and POWELL arrived in the Jeep at Townes Estates housing complex ("Townes Estates") in Wilmington, Delaware. Shortly after arrival, HINSON, JR., CALDWELL, and POWELL entered a stolen, red Nissan Pathfinder ("the Pathfinder"), left Townes Estates, and parked the Pathfinder nearby.

18. At approximately 7:46 a.m., MCNAIR-MATTHEWS began driving the Prius to downtown Wilmington, Delaware, where he arrived at approximately 8:07 a.m., parked the Prius, and walked towards Townes Estates.

19. MCNAIR-MATTHEWS met with HINSON, JR., CALDWELL, and POWELL in Townes Estates and gave them the Prius key, Victim-1's bank cards, Victim-1's PIN code, and the Firearm. MCNAIR-MATTHEWS also instructed HINSON, JR., CALDWELL, and POWELL to wipe down the Prius.

20. At approximately 8:19 a.m., HINSON, JR., CALDWELL, and POWELL walked from Townes Estates to the Prius, parked nearby. HINSON, JR., CALDWELL, and POWELL opened the Prius with the key and removed personal property of Victim-1, including a purse.

21. At approximately 8:36 a.m., HINSON, JR., and CALDWELL drove the Pathfinder to a Wilmington, Delaware gas station/convenience store that does business in interstate commerce. HINSON, JR. entered the convenience store and accessed and attempted to access Victim-1's bank accounts through use of Victim-1's bank cards and ATM transactions.

22. At approximately 8:49 a.m., MCNAIR-MATTHEWS walked to the Jeep

and drove it away from Townes Estates. Prior to entering the Jeep, MCNAIR-MATTHEWS changed into a black, hooded sweatshirt with white "POLO" logo on the front, black and white jeans, and black and white Nike Foamposite sneakers. At approximately 8:56 a.m., and while HINSON and CALDWELL were still at the gas station, MCNAIR-MATTHEWS and POWELL arrived at the gas station in the Jeep. After arriving, MCNAIR-MATTHEWS, HINSON, JR., CALDWELL, and POWELL spoke at the gas station pumps.

23. Between approximately 8:59 a.m. and 9:05 a.m., HINSON, JR. reentered the convenience store, this time with POWELL, and purchased items using Victim-1's bank card.

24. At approximately 9:06 a.m., Wilmington Police Department officers arrived at the gas station and attempted to stop the Jeep. MCNAIR-MATTHEWS and POWELL fled the gas station in the Jeep, leading Wilmington Police officers on a high-speed chase, and successfully evaded law enforcement as they traveled into Pennsylvania.

25. After fleeing from police, MCNAIR-MATTHEWS and HINSON, JR. exchanged a series of phone calls between 9:15 and 9:41 a.m. to further try and coordinate MCNAIR-MATTHEWS escape. At approximately 9:17 a.m. and again at 9:34 a.m., via iMessage, MCNAIR-MATTHEWS messaged HINSON, JR. a location pin, which placed MCNAIR-MATTHEWS in Marcus Hook, Pennsylvania.

26. Shortly thereafter, HINSON, JR., and CALDWELL left the Delaware gas station in the Pathfinder and travelled to Pennsylvania to find MCNAIR-

MATTHEWS and POWELL. At approximately 9:27 a.m., HINSON, JR., and CALDWELL, while on I-95 North, collided with a vehicle driven by individuals referred to herein as Person-4 and Person-5. After the collision, CALDWELL brandished the Firearm and pointed it at Person-4 and Person-5.

27. At approximately 9:46 a.m., HINSON, JR., and CALDWELL, attempted to evade law enforcement by fleeing the scene of the collision in the Pathfinder, crashed the Pathfinder a second time into an I-95 South exit ramp sign, got out, and took off on foot. During their attempted escape, CALDWELL discarded the Firearm under a rock near the off-ramp of I-95 South.

28. Beginning at 9:50 a.m., MCNAIR-MATTHEWS placed four outgoing telephone calls to HINSON, JR., which went unanswered. At approximately 9:55 a.m., MCNAIR-MATTHEWS, via iMessage, messaged HINSON, JR., "Yo please tell me yall cool[.]"

29. On April 17, 2023, MCNAIR-MATTHEWS was arrested in the District of Maryland while wearing black and white Nike Foamposite sneakers.

## COUNT TWO
### (Kidnapping)

30. Paragraphs 1-29 are re-alleged herein.

31. On or about April 14, 2023, in the District of Delaware and the Eastern District of Pennsylvania, defendant TONNAIRE MCNAIR-MATTHEWS did knowingly and unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away, and hold for ransom and reward and otherwise Victim-1, and in committing and in furtherance of the commission of the offense did travel in interstate commerce,

used means, facilities, and instrumentalities of interstate and foreign commerce, and willfully transported Victim-1 in interstate commerce, resulting in the serious bodily injury of Victim-1, to wit, **MCNAIR-MATTHEWS** brandished and a pointed a firearm and forcibly raped Victim-1 during the commission of the kidnapping.

In violation of Title 18, United States Code, Section 1201(a)(1).

## COUNT THREE
### (Accessory After the Fact)

32. Paragraphs 1-31 are re-alleged herein.

33. On or about April 14, 2023, in the District of Delaware, and elsewhere, defendants, **DAVID HINSON, JR., MICHAEL CALDWELL,** and **MAHKIYA POWELL**, knowing that an offense against the United States has been committed, to wit, Kidnapping, in violation of Title 18, United States Code, Section 1201(a)(1), as charged in Count Two, did receive, relieve, comfort, and assist the offender, **TONNAIRE MCNAIR-MATTHEWS**, in order to hinder and prevent the offender's apprehension, trial, and punishment.

In violation of Title 18, United States Code, Section 3.

## COUNT FOUR
### (Carjacking)

34. Paragraphs 1-29 are re-alleged herein.

35. On or about April 14, 2023, in the District of Delaware and elsewhere, defendants **TONNAIRE MCNAIR-MATTHEWS, DAVID HINSON, JR.,** and **MAHKIYA POWELL** with the intent to cause death and serious bodily harm, did take a motor vehicle, namely, a Toyota Prius, that had been transported, shipped,

8

and received in interstate and foreign commerce from Victim-1, by force, violence, and intimidation, resulting in serious bodily injury to Victim-1, to wit, **MCNAIR-MATTHEWS** brandished and a pointed a firearm and forcibly raped Victim-1 during the commission of the carjacking.

In violation of Title 18, United States Code, Section 2119(2) and 2.

## COUNT FIVE
### (Hobbs Act Robbery)

36. Paragraphs 1-29 are re-alleged herein.

37. On or April 14, 2023, in the District of Delaware, and elsewhere, defendant, **TONNAIRE MCNAIR-MATTHEWS, DAVID HINSON, JR., MICHAEL CALDWELL,** and **MAHKIYA POWELL**, did unlawfully obstruct, delay and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant, **MCNAIR-MATTHEWS**, did unlawfully take and obtain personal property of Victim-1, against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person, to wit, **MCNAIR-MATTHEWS** brandished and a pointed a firearm and forcibly raped Victim-1 during the commission of the robbery.

In violation of Title 18, United States Code, Section 1951(a) and 2.

## COUNT SIX
### (Brandishing of a Firearm in Relation to a Kidnapping)

38. Paragraphs 1-31 are re-alleged herein.

9

39. On or about April 14, 2023, in the District of Delaware, and elsewhere, defendant, **TONNAIRE MCNAIR-MATTHEWS**, did knowingly brandish a nine-millimeter privately-made firearm with no serial number, a polymer 80 lower receiver, and a Glock style slide, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Kidnapping, in violation of 18 U.S.C. § 1201, as charged in Count Two of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT SEVEN
### (Brandishing a Firearm in Relation to Hobbs Act Robbery)

40. Paragraphs 1-29, and 36-37 are re-alleged herein.

41. On or about April 14, 2023, in the District of Delaware, and elsewhere, defendant, **TONNAIRE MCNAIR-MATTHEWS, DAVID HINSON, JR., MICHAEL CALDWELL**, and **MAHKIYA POWELL** did knowingly brandish a nine-millimeter privately-made firearm with no serial number, a polymer 80 lower receiver, and a Glock style slide, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, Hobbs Act Robbery, in violation of 18 U.S.C. § 1951(a), as charged in Count Five of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) and 2.

## NOTICE OF FORFEITURE

Upon conviction of the offenses in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2 set forth in Counts Six and Seven of this Indictment, the defendants, **TONNAIRE MCNAIR-MATTHEWS, DAVID HINSON, JR., MICHAEL CALDWELL**, and **MAHKIYA POWELL** shall forfeit to the United States of America, pursuant to 18

U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any and all firearms and ammunition involved in the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

a. A nine-millimeter privately-made firearm with no serial number, a polymer 80 lower receiver, and a Glock style slide recovered on April 14, 2023.

A TRUE BILL

Foreperson

DAVID C. WEISS
UNITED STATES ATTORNEY

By: _____
Kevin P. Pierce
Samuel S. Frey
Assistant United States Attorneys

Dated: 7/13/23