IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal Action No. 23-68-1-CFC |
| TONNAIRE MCNAIR-MATTHEWS, | |
| Defendant. | |

## ORDER

At Wilmington on this Twenty-second day of September in 2025,

For the reasons set forth in the Memorandum Opinion issued on this day, it is **HEREBY ORDERED** that Defendant's Motion for a Judgment of Acquittal, or in the Alternative, a New Trial (D.I. 204) is **DENIED**.

_____
CHIEF JUDGE